Exibit = 2

Case: 20-CV-1555

AAG
P.O. Box 7857
Madison, WI 53707

Re: Possible settlement of pending lawsuits

Dear Mr.

We recently spoke about settling my pending lawsuits which include medical claims, sexual assault, learning disability claims and retaliation. Assuming that we can agree on a monetary amount during mediation, I wanted to give you advance notice of my non-monetary terms of settlement.

## Retaliation Claims

* One of the repercussions of the retaliatory CR was that my radio was deemed contraband because it was improperly found to be modified even though I had paperwork showing that it had been sent out for repairs. I would like permission to purchase a radio of similar quality from a non-DOC vendor.

* I would like a permanent restriction for a single occupancy cell.

* I would like my custody rating changed to medium status with housing at a medium facility, or in the alternative, a lateral transfer to Columbia Correctional Institution.

## Learning Disability Claims

* My problems with reading and comprehension have never been addressed by staff which prevented me from understanding the rules and the disciplinary process. I would like all previous conduct reports dismissed and expunged from my record.

* I would like permission to purchase a personal reading device so that I can scan all necessary paperwork and hear all of the words.

* I would like tutor assistance in a classroom setting with immediate enrollment in school, tutor assistance with law library, personal letters, all institution related forms, rule books and documents; tutor assistance to be allowed outside of school hours at least

(3) days during the weekdays and (1) day on the weekend for at least (1) hour, tutor assistance with all incoming and outgoing legal mail and tutor assistance with the kiosk.

* Tutor assistance as outlined shall be allowed at any DOC facility I am housed at, for as long as I remain in DOC custody.

* Any breach of these terms, and I will be permitted to contact the DOJ to inform and/or resolve any DOC-related interference.

Medical Claims

Most of these requests have already been ordered by a doctor but ignored by the institution so I would like them included so that they can no longer be considered as optional.

- I would like HSU to issue me (3) pairs of insoles.

- I would like permission to purchase my (2) pairs of diabetic shoes from a non-DOC vendor.

- I would like a permanent restriction for a foam mattress and an icebag.

- I would like my eyes checked annually with new state glasses ordered at each visit.

- I would like the (2) dental appointments scheduled at the state's expense as previously ordered.

- I would like a restriction giving permenent access to my TENS unit for as long as I remain in DOC custody.

Sincerely,

JEROME WALKER

*Jerome Walker*
4-24-2023

-2-