UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEROME WALKER,

                Plaintiff,

v.                                           Case No. 20-cv-1555-pp

CHRISTINA SERRANO, MICHAEL JEAN,
RACHEL MATUSHAK, and DANIEL LAVOIE,

                Defendants.

## LIMITED SCOPE *PRO BONO* RECRUITMENT ORDER

      At the court's request, Attorney Antonique C. Williams has agreed to represent plaintiff Jerome Walker on a volunteer basis for the limited purpose of assisting him during mediation. The volunteer representation by Ms. Williams is contingent on the plaintiff signing and returning the enclosed agreement. As the agreement states, Attorney Williams' representation is limited to the mediation and will automatically terminate when the mediation is concluded, regardless of the outcome.

      The court **ORDERS** that if the plaintiff wishes to proceed with counsel during the mediation at no charge to him, he must sign and return the enclosed agreement in time for the court to receive it by end of the day on **May 29, 2023**.

1

The court will mail a copy of this order to Attorney Antonique C. Williams, Cade Law Group, LLC, P.O. Box 170887, Milwaukee, Wisconsin, 53217.

Dated in Milwaukee, Wisconsin this 8th day of May, 2023.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**

JEROME WALKER,

                Plaintiff,

v.                                                    Case No. 20-cv-1555-pp

CHRISTINA SERRANO, MICHAEL JEAN,
RACHEL MATUSHAK and DANIEL LAVOIE,

                Defendants.

## AGREEMENT TO LIMITED REPRESENTATION

      I, Jerome Walker, a plaintiff currently representing myself, agree to have Attorney Antonique C. Williams, Cade Law Group, LLC, P.O. Box 170887, Milwaukee, Wisconsin, 53217, represent me in the above-captioned case for the limited purpose of assisting me with mediation. Ms. Williams is not obligated to conduct discovery or prepare or respond to motions, nor is she responsible for the trial of this case. Her representation of me will end upon completion of the mediation process, regardless of the outcome. I have read, understand, and agree to the terms of this limited representation for mediation assistance.

_____              _____
Date                                                              Plaintiff Jerome Walker (signature)