UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2023 MAY 15 P 3:05

JEROME WALKER,

           Plaintiff,

v.

           Case No. 20-cv-1555-pp

CHRISTINA SERRANO, MICHAEL JEAN,
RACHEL MATUSHAK and DANIEL LAVOIE,

           Defendants.

## AGREEMENT TO LIMITED REPRESENTATION

I, Jerome Walker, a plaintiff currently representing myself, agree to have Attorney Antonique C. Williams, Cade Law Group, LLC, P.O. Box 170887, Milwaukee, Wisconsin, 53217, represent me in the above-captioned case for the limited purpose of assisting me with mediation. Ms. Williams is not obligated to conduct discovery or prepare or respond to motions, nor is she responsible for the trial of this case. Her representation of me will end upon completion of the mediation process, regardless of the outcome. I have read, understand, and agree to the terms of this limited representation for mediation assistance.

5-12-2023
Date

JeROMe WAlKeR #328029
Plaintiff Jerome Walker (signature)

1



Jerome Walker # 328029
Green Bay, Correction, Institution
P.O. Box 19033
Green Bay, WI 54307

7020 1290 0001 7116 0092

MAY 15 2023

Judge: Pamela Pepper
Eastern District Court of Milwaukee
517 E. Wisconsin Ave
Milwaukee, WI 53202

53202-450426